## BELLOWS v. SMITH.

Where a person engages to attend at court and give evidence he is to be supported by the party for whose benefit he attends.

ACTION on bond for £40. Plea in bar — That said bond hath the following conditions, viz. Now if the defendant shall assign over and deliver to said Bellows, a book account he has against William Holdrige, with a power to sue and recover it, in Smith's name, for the plaintiff's use; and said Smith shall appear at court, make oath to said account, and do everything necessary to be done on the part of Smith, to support and enable a recovery of said account; then said bond to be void; and then avers that he has kept and performed the conditions of said bond.

The plaintiff replied — That the defendant had not kept and performed the conditions of said bond.

Issue to the court — It appeared that the defendant was a poor man; that he assigned and delivered to the plaintiff said account with a power according to the condition of said bond; that he attended the court and stood ready to swear to the account, but the cause did not come on; he then informed the plaintiff that he could not stay any longer at court, unless he would support him; which the plaintiff refused, and the defendant came away; and the cause was lost for want of the defendant's testimony.

The question in this case was — Whose duty was it to support Smith, by the condition of the bond, while attending court as a witness.

Judgment — That the defendant has kept and performed the condition of said bond.